

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RYAN BARBOSA, | § | |
| Appellant, | § | No. 08-21-00080-CV |
| v. | § | Appeal from the |
| BRAZOS DE SANTOS PARTNERS, LTD., | § | County Court at Law No. 3 |
| | § | of Bexar County, Texas[1] |
| Appellee. | § | (TC# 2020-CV-05325) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto, and this decision be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF JULY, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.

---

[1] We hear this case on transfer from the Fourth Court of Appeals in San Antonio. *See* TEX. R. APP.P. 41.3.